THE PEOPLE OF THE STATE OF NEW YORK v. FRED A. KALIL.— Motion granted, and the time of the appellant within which to bring appeal on for argument extended to and including January 7, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.